**ORIGINAL**

CC TO JUDGE MR

THE HONORABLE MARSHA J. PECHMAN



FILED — LODGED — ENTERED — RECEIVED

AUG 2 4 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                   DEPUTY

FILED — ENTERED
LODGED — RECEIVED

AUG 1 5 2001 **MR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

RICHARD J. GLEIN, SR.,

            Plaintiff,

v.

BARBARA MATTY,

            Defendant.

NO. C00-908P

**JUDGMENT**

## JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditor: | BARBARA MATTY |
| 2. | Judgment Debtor: | RICHARD J. GLEIN, SR. |
| 3. | Principal Judgment Amount: | $5,000.00 |
| 4. | Interest to Date of Judgment: | $0.00 |
| 5. | Attorneys' Fees: | $0.00 |
| 6. | Costs (as set forth in Defendant's Bill of Costs and Memorandum of Costs): | $14,016.54 |
| 7. | Attorney for Judgment Creditor: | PERKINS COIE LLP |

JUDGMENT - 1
[34197-0001/SL012250.119]

62

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

## JUDGMENT

Based upon the Court's Oral Ruling dated July 25, 2001, the Findings of Fact and Conclusions of Law entered in this matter on August 3, 2001, and the records and files herein, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.      Defendant Barbara Matty is awarded judgment against Plaintiff Richard J. Glein, Sr. on all of the claims asserted against Defendant, and all of Plaintiff's claims are dismissed with prejudice.

2.      Defendant Barbara Matty is awarded judgment against Plaintiff Richard J. Glein, Sr. for extortion, for which Plaintiff is liable to Defendant in the amount of $5,000.00.

3.      Defendant Barbara Matty is awarded costs against Plaintiff Richard J. Glein, Sr. in the amount of $14,016.54.

4.      Plaintiff Richard J. Glein, Sr. is ordered to deliver to the Court for destruction any and all sexually explicit materials of Defendant Barbara Matty in his possession or control within 10 days of the entry of this Judgment.  All such materials, including videotapes and photographs, are to be delivered to the Court in a sealed container, and will be promptly destroyed.

5.      The principal judgment amount shall bear interest at the rate of 12% per annum.

JUDGMENT - 2
[34197-0001/SL012250.119]

6.      Costs shall bear interest at the rate of 12% per annum.


DATED this _24_ day of _Aug._, 2001.

_[signature]_

United States District Judge Marsha J. Pechman


Presented by:

**PERKINS COIE LLP**


By: _[signature]_

    Harry H. Schneider, WSBA #9404
    Brent Snyder, WSBA #26986
    Joseph M. McMillan, WSBA #26527
Attorneys for Defendant Barbara Matty


JUDGMENT - 3
[34197-0001/SL012250.119]